UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BOBBY SMITH, ET AL | CIVIL ACTION NO. 19-cv-1015 |
| VERSUS | JUDGE WALTER |
| AMERICAN WESTERN HOME INSURANCE CO. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Bobby and Laura Smith ("Plaintiffs") filed this suit in state court to complain of breach of an insurance contract. American Western Home Insurance removed the case to federal court on the basis of diversity jurisdiction, which puts the burden on the removing party to show complete diversity of the parties and an amount in controversy over $75,000.

The notice of removal states that American Western is "a foreign insurer," but does not specify American Western's type of entity or the state(s) of which it is a citizen.

A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. "Where the plaintiff [or removing party] fails to state the place of incorporation or the principal place of business of a corporate party, the pleadings are inadequate to establish diversity." Joiner v. Diamond M Drilling Co., 677 F.2d 1035, 1039 (5th Cir. 1982); Howery v. Allstate Ins. Co., 243 F.3d 912, 919 (5th Cir. 2001).

The citizenship of an unincorporated association such as an LLC or partnership is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

American Western must file an amended notice of removal that clarifies whether it is a corporation and, if so, its state of incorporation and the state of its principal place of business. If American Western is some other form of company, its citizenship must be alleged in accordance with applicable rules. The deadline for filing the amended notice of removal is **August 19, 2019**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 9th day of August, 2019.

Mark L. Hornsby
U.S. Magistrate Judge